SUSAN KOEHLER SULLIVAN, SBN 156418
  susan.sullivan@clydeco.us
BRETT C. SAFFORD, SBN 29208
  brett.safford@clydeco.us
CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, CA  90071
Telephone: 213.358.7600
Facsimile:  213.358.7650

ROBERT MANGINO (*pro hac vice*)
  robert.mangino@clydeco.us
CLYDE & CO US LLP
200 Campus Drive, Suite 300
Florham Park, NJ 07932
Telephone:  973.210.6700
Facsimile:  973.210.6701

MICHAEL S. SHUSTER (*pro hac vice*)
  mshuster@hsgllp.com
DANIEL M. SULLIVAN (*pro hac vice*)
  dsullivan@hsgllp.com
BLAIR E. KAMINSKY (*pro hac vice*)
  bkaminsky@hsgllp.com
DANIEL M. HOROWITZ (*pro hac vice*)
  dhorowitz@hsgllp.com
HOLWELL SHUSTER AND GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
Telephone:  646.837.5151
Facsimile:  646.837.5150

*Attorneys for Third Party Defendant*
*and Third Party Counterclaim Plaintiff*
*ACE Property and Casualty Insurance Company*

---

DECLARATION OF DANIEL M. SULLIVAN IN SUPPORT OF NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. AND ACE PROPERTY & CASUALTY INSURANCE COMPANY'S JOINT OPPOSITION TO MOTION TO STAY
CASE NOS. 3:20-CV-07469-JSC, 3:20-CV-09356-JSC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIU INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> McKESSON CORPORATION f/k/a MCKESSON HBOC, INC., <br><br> Defendant, Counterclaim Plaintiff, Third Party Plaintiff, and Third Party Counterclaim Defendant, <br><br> v. <br><br> ACE PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> Third Party Defendant and Third Party Counterclaim Plaintiff. | CASE NOS. 3:20-cv-07469-JSC <br> 3:20-cv-09356-JSC <br><br> **DECLARATION OF DANIEL M. SULLIVAN IN SUPPORT OF NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. AND ACE PROPERTY & CASUALTY INSURANCE COMPANY'S JOINT OPPOSITION TO MOTION TO STAY** <br><br> Honorable Judge Jacqueline Scott Corley <br><br> Hearing Date:  August 12, 2021 <br> Time:  9:00 a.m. <br> Courtroom:  Courtroom E, 15th Fl. <br> Judge:  Hon. Jacqueline Scott Corley <br> Action Filed:  October 23, 2020 |

I, Daniel M. Sullivan, declare as follows:

1. I am admitted to practice law before the courts of the State of New York and have been admitted *pro hac vice* in this case. I am a partner in the law firm Holwell Shuster & Goldberg LLP, who, along with Clyde & Co. LLP, are attorneys for ACE Property and Casualty Insurance Company ("ACE"). I submit this Declaration in support of National Union Fire Insurance Company of Pittsburgh, Pa. and ACE's Joint Opposition to McKesson Corporation's ("McKesson") Motion to Stay. I have personal knowledge of the matters stated herein and could testify competently to them if called as a witness.

2. A true and correct copy of a December 4, 2017, letter from Chubb North American Claims ("Chubb"), the claims administrator for ACE, to McKesson is attached as **Exhibit 1**.

3. A true and correct copy of a January 29, 2018, letter from Chubb to McKesson is attached as **Exhibit 2**.

4. A true and correct copy of a March 2, 2018, letter from Chubb to McKesson is attached as **Exhibit 3**.

5. A true and correct copy of an October 22, 2018, letter from McKesson's counsel to ACE's counsel is attached as **Exhibit 4**.

6. A true and correct copy of a November 29, 2018, letter from ACE's counsel to McKesson's counsel is attached as **Exhibit 5**

DATED: July 2, 2021

By: */s/ Daniel M. Sullivan*
Daniel M. Sullivan